No. 235. FLYNN, EXECUTOR, *v.* NEW YORK, NEW HAVEN & HARTFORD R. Co. October 13, 1930. Petition

for writ of certiorari to the Supreme Court of Errors of Connecticut granted. *Mr. Thomas R. FitzSimmons* for petitioner. *Mr. Edward R. Brumley* for respondent.